UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case Number: 08mj 1613 |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 21, U.S.C., Section 841(a)(1) Possession with Intent to Distribute a Controlled Substance |
| Raymundo PEREZ-Togo | ) | |
| Defendant, | ) | |

The undersigned complainant, being duly sworn, states:

On or about May 21, 2008, within the Southern District of California, defendant Raymundo PEREZ-Togo, did knowingly possess, with intent to distribute approximately 225.58 kilograms of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
SPECIAL AGENT MANUEL MARTINEZ
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22nd DAY OF May, 2008.

U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On May 20, 2008, at approximately 12:40 p.m., a white 2007 International bobtail bearing CAUS/ 8-F-59155 driven by Eduardo BARREDA entered the United States from the Republic of Mexico at the Otay Mesa Commercial Port of Entry, San Diego, California. BARREDA was the driver and sole occupant of the white 2007 International bobtail. The vehicle was referred to the secondary inspection area where U.S. Customs and Border Protection Officers submitted the vehicle to a mobile truck x-ray examination which revealed image anomalies inside merchandise contained within the cargo compartment of the bobtail. A CBPO narcotics detector dog was then utilized to screen the merchandise in the cargo area of the truck. The CBPO narcotics detector dog alerted, indicating the presence of an odor of a controlled substance emanating from several large plaster pillars lying on the cargo floor of the driver's side of the vehicle. CBPO's discovered plaster pillars in the cargo area and conducted an intensive inspection of one pillar, discovering 6 plastic wrapped packages hidden inside. One package was opened, revealing a green leafy substance which field tested positive for the properties of marijuana. CBPO's removed the one plaster pillar that was opened for examination from the truck, and left the remaining pillars, other merchandise, and suspected contraband within the bobtail.

On May 21, 2008, Immigration and Customs Enforcement (ICE) special agents followed the 2007 International bobtail, driven by BARREDA, to a storage facility located at 2776 Main Street, Chula Vista, Ca. The bobtail contained plaster pillars and suspected marijuana packages, along with miscellaneous other merchandise. ICE agents

observed that the plaster pillars and merchandise was unloaded from BARREDA's bobtail into storage unit A-14. Once unloaded, BARREDA left the storage facility in the bobtail at which time agents were able to confirm that there was no merchandise left in the cargo area of the bobtail.

At approximately 1:45 p.m. ICE agents observed a silver 1986 Ford F-250 pickup bearing BAMX/ AM27033 arrive at "S.D. Self Storage" and park in front of storage unit A-14. There was one occupant in the vehicle, later identified as Raymundo PEREZ-Togo. Agents observed PEREZ, and co-conspirators, load the plaster pillars from storage unit A-14 into the cargo area of the Ford F-250. Once loaded, PEREZ entered the F-250 as the driver and sole occupant and was continuously observed by surveillance agents until he arrived in the public parking lot at 937 Lomas Santa Fe Drive, Solana Beach, California. ICE agents observed PEREZ park his vehicle in the parking lot, and depart the area on foot, at which time PEREZ was arrested. ICE Agents returned the seized marijuana contained in the F-250 to CBPO's that discovered a total of 225.58 kilograms of marijuana concealed within the plaster pillars contained in PEREZ's F-250.

PEREZ waived his constitutional rights, indicated that he knew he possessed marijuana, picked the marijuana up from the storage unit, and he was to be paid $500 to deliver the marijuana to the parking lot at 937 Lomas Santa Fe Drive, Solana Beach, Ca.

PEREZ was arrested and charged with violation of Title 21 USC 841(a)(1), Possession with intent to distribute a controlled substance, and was booked into the Metropolitan Correction Center, San Diego, CA.