HOWARD B. FRANK
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 574-1888
California State Bar No. 42233
e-mail: hbfandjm@aol.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08-MJ-1613 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | SUBSTITUTION OF COUNSEL |
| v. | ) | |
| RAYMUNDO PEREZ-TOGO, | ) | |
| Defendant. | ) | |

Comes now the defendant Raymundo Perez-Togo and hereby substitutes Howard B. Frank, 136 Redwood Street, San Diego California 92103 (619) 574-1888 as his attorney of record in place and instead of Linda Lopez, Federal Defenders, 225 Broadway, Suite 900, San Diego California 92101, (619) 234-8467.

I request this substitution.

Dated: 5-30-08

_____
Raymundo Perez-Togo
Defendant

/

Case No. 08-MJ-1613

1

2   I accept this substitution.

3   Dated: 5/30/08

4                                    _____
                                     Howard B. Frank
5                                    Attorney at Law

6   I consent to this substitution.

7   Dated:
                                     _____ For:
8                                    Linda Lopez
                                     Federal Defenders
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 08-MJ-1613

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-MJ-1613 |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROOF OF SERVICE |
| v. | ) | |
| | ) | |
| RAYMUNDO PEREZ-TOGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

I am over the age of 18 and not a party to the within action; my business address is 136 Redwood Street, San Diego, CA 92103.

On June 3, 2008, I served the following document described as:

**SUBSTITUTION OF COUNSEL**

```
By the following method:
```

**(X)  CM/ECF FILING.**

    U.S. District Court Clerk
    Southern District of California

    William Hall Jr.
    Assistant U.S. Attorney

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.

Executed on June 3, 2008, at San Diego, California.

                                      s/ Howard B. Frank
                                      Howard B. Frank