| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | SHERRI HOBSON |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 142947 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5027 /(619) 557-3445 |
| | Email: sherri.hobson@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 08mj1613-AJB |
| | ) |
| Plaintiff, | ) |
| | ) NOTICE OF APPEARANCE |
| v. | ) |
| | ) |
| RAYMUNDO PEREZ-TOGO, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| Sherri Hobson | 142947 | 619-557-5027 | sherri.hobson@usdoj.gov |

1
2   Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
3   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|------|-----|-----------|---------------|
| N/A  |     |           |               |

DATED: June 5, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Sherri Hobson
SHERRI HOBSON
Assistant United States Attorney

Notice of Appearance
United States v. Raymundo Perez-Togo     2                    08mj1613-AJB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08mj1613-AJB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| RAYMUNDO PEREZ-TOGO, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, SHERRI HOBSON, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Howard Frank, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2008.

/s/ Sherri Hobson
SHERRI HOBSON
Assistant U.S. Attorney

Notice of Appearance
United States v. Raymundo Perez-Togo                                              08mj1613-AJB