UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAYMUNDO PEREZ-TOGO,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08-MJ-1613<br><br>ORDER APPROVING<br>SUBSTITUTION OF COUNSEL |

    It is hereby ordered that Howard B. Frank, 136 Redwood Street, San Diego, California (619) 574-1888 be substituted in as counsel of record for defendant Raymundo Perez-Togo in place of Linda Lopez from Federal Defenders 225 Broadway, Ste. 900, San Diego California (619) 234-8567.

    IT IS SO ORDERED.

DATED: June 5, 2008

                                          Hon. Anthony J. Battaglia<br>
                                          U.S. Magistrate Judge<br>
                                          United States District Court